# UNITED STATES DISTRICT COURT

District of _____ Colorado _____

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
| --- | --- |
| V. | (For a Petty Offense) |
| MARTINO WIDJAJA | CASE NUMBER: 07-po-00003-GJR |
| | USM NUMBER: |
| | Pro se |
| | Defendant's Attorney |

**THE DEFENDANT:**

☐ **THE DEFENDANT** pleaded  ☐ guilty  ☐ nolo contendere  to count(s) _____

☑ **THE DEFENDANT** was found guilty on count(s)  VN 14/1126301

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
| --- | --- | --- | --- |
| 38 CFR 1.218(b)(37) | UNLAWFUL POSSESSION OF A FIREARM ON VA PROPERTY | 11/27/2006 | 1126301 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☐ Count(s) _____  ☐ is  ☐ are  dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Defendant's Soc. Sec. No.: _____

Defendant's Date of Birth: _____

3/6/2007
Date of Imposition of Judgment

*/s/ Gudrun Rice*
Signature of Judge

Defendant's Residence Address: _____

GUDRUN RICE                                US MAG. JUDGE
Name of Judge                              Title of Judge

March 7, 2007
Date

Defendant's Mailing Address: _____

DEFENDANT: MARTINO WIDJAJA
CASE NUMBER: 07-po-00003-GJR

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of :

☐ The court makes the following recommendations to the Bureau of Prisons:

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245I    (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense
           Sheet 5 — Probation

DEFENDANT: MARTINO WIDJAJA
CASE NUMBER: 07-po-00003-GJR

Judgment—Page 3 of 4

## PROBATION

The defendant is hereby sentenced to probation for a term of:

ONE YEAR, UNSUPERVISED

The defendant shall not commit another federal, state, or local crime.

☐ The above drug testing condition is suspended, based on the court's determination that the defendant poses a low risk of future substance abuse. (Check, if applicable.)

☑ The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon. (Check, if applicable.)

☐ The defendant shall cooperate in the collection of DNA as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall register with the state sex offender registration agency in the state where the defendant resides, works, or is a student, as directed by the probation officer. (Check, if applicable.)

☐ The defendant shall participate in an approved program for domestic violence. (Check, if applicable.)

If this judgment imposes restitution or a fine, it is a condition of probation that the defendant pay in accordance with the Schedule of Payments sheet of this judgment.

AO 245I  (Rev. 12/03) Judgment in a Criminal Case for a Petty Offense
Sheet 5A — Probation Supervision

DEFENDANT: MARTINO WIDJAJA
CASE NUMBER: 07-po-00003-GJR

Judgment — Page 4 of 4

# SPECIAL CONDITIONS OF SUPERVISION

The Defendant shall provide to the probation officer verification that he has disposed of any firearm currently in his possession.

The Defendant shall not enter upon the premises of the Veteran's Administration Hospital located at 2121 North Avenue, Grand Junction, Colorado.