**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 07-cr-00111-EWN

U.S.A.,

     Plaintiff,

v.

MARTINO WIDJAJA,

     Defendant.

---

**ORDER TO CURE DEFICIENCY**

---

Nottingham, Chief Judge

     Defendant submitted a Notice of Appeal on September 5, 2007.  The court has

determined that the document is deficient as described in this order.  Defendant will be

directed to cure the following if he wishes to pursue this appeal.

**(A)  Filing Fee**
     __X__ is not submitted

**(B)  Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. §**
     **1915 and Fed. R. App. P. 24:**
     __X__ is not submitted
     ____ is missing affidavit
     ____ is missing required financial information
     ____ is missing an original signature by the prisoner
     ____ is not on proper form (must use the court's current form)
     ____ other _____

Accordingly, it is

**ORDERED** that Defendant cure the deficiencies designated above within thirty (30) days from the date of this order.  Any papers that Defendant files in response to this order must include the civil action number and criminal action number on this order. It is

**FURTHER ORDERED** that the Clerk of the Court mail to Defendant, together with a copy of this order, an original and one copy of the following forms:   Motion and Affidavit for Leave to Proceed on Appeal Pursuant to 28 U.S.C. § 1915 and Fed. R. App. P. 24.  It is

**FURTHER ORDERED** that, if Defendant fails to cure the designated deficiencies within 30 days from the date of this order, the court of appeals will be so notified.

DATED at Denver, Colorado this 6th day of September, 2007.

BY THE COURT:


s/ Edward W. Nottingham
CHIEFJUDGE, UNITED STATES DISTRICT
COURT FOR THE DISTRICT OF COLORADO