IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Judge Edward W. Nottingham**

Criminal Case No. 07–cr–00111–EWN

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1. MARTINO WIDJAJA,

    Defendant.

_____

## ORDER
_____

    This matter comes before the court on the court of appeals' order remanding the case so as to permit Mr. Widjaja to file a motion to demonstrate excusable neglect or good cause for failing to file a timely notice of appeal. Mr. Widjaja has not yet filed such a motion. It is therefore

    ORDERED that, if Mr Widjaja wishes to file the motion contemplated by the court of appeals' order, he shall file it no later than January 3, 2008.

    Dated this 13th day of December, 2007.

                                                       BY THE COURT:

                                                       s/ Edward W. Nottingham
                                                       EDWARD W. NOTTINGHAM
                                                       Chief United States District Judge